### BEFORE THE SECOND DIVISION, JUNE 27, 1945

**No. 50302.**—Protests 80472–K, etc., of Nippon Dry Goods Co. (San Francisco).

Opinion by TILSON, J. An examination of certain samples admitted in evidence showed that there is a plainly marked line of demarcation between the soles and the uppers. Based upon an examination of the samples and the record, the

merchandise covered by protest 80472–K, described as item 23/4 "Embroidered Rayon Crocheted Baby Shoes," and the merchandise covered by protests 80569–K and 81152–K, described as item 23/76 "Hand Knitted Woolen Baby Shoes." was held properly dutiable at 35 percent under paragraph 1530 as claimed. Protests 83607–K, 83872–K, and 83874–K, having been formally abandoned, were dismissed.